THE STATE v. RAY.

*Appeal from Page District Court.*—Hon. A. B. THORNELL, Judge.

FILED, FEBRUARY 6, 1890.

THE defendant and one William Jennings were jointly indicted for the crime of burglary. Separate trials were granted, and defendant was convicted and adjudged to be imprisoned in the penitentiary at Ft. Madison for the term of two and one-half years. He appeals.

*W. P. Ferguson,* for appellant.

*John Y. Stone,* Attorney General and *T. R. Stockton,* County Attorney, for the State.

ROBINSON, J.—This case and the case of *State v. Jennings, ante,* p. 513, were submitted on the same record and arguments, and involve substantially the same questions. Following the decision in that case, the judgment of the district court is                    AFFIRMED.